UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| RONALD TAYLOR, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | No. 3:15-CV-509-HBG |
| JP MORGAN CHASE BANK, N.A., | ) ) | |
| Defendant. | ) ) | |

## **JUDGMENT**

This case is before the undersigned pursuant to 28 U.S.C. § 636(c), Rule 73 of the Federal Rules of Civil Procedure, and the consent of the parties, for all further proceedings, including entry of judgment [Doc. 12].

For the reasons cited in the Memorandum Opinion filed contemporaneously herewith, Defendant's Motion for Summary Judgment [**Doc. 45**] is **GRANTED.** There being no further issues in this matter, the Clerk of Court is **DIRECTED TO CLOSE** this case.

**IT IS SO ORDERED**.

ENTER:

_____
United States Magistrate Judge

ENTERED AS A JUDGMENT
    s/ *John L. Medearis*
CLERK OF COURT